Koh and Wendy Devine, of San Diego, California.

NEWMAN, MAYER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

NEWMAN, LINN, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Bryan D. BALDWIN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2011–3061.**

United States Court of Appeals, Federal Circuit.

Jan. 25, 2012.

Dale L. Ingram, Law Office of Dale L. Ingram, P.C., of Kansas City, Missouri, argued for petitioner.

L. Misha Preheim, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West,

**John C. HOLLAND, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2012–7017.**

United States Court of Appeals, Federal Circuit.

Jan. 26, 2012.

James R. Sweet, Department of Justice, David J. Barrans, Dana Raffaelli, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.